# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Lenishka A. McDonald, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Trinity Health and Frederick K. Ness, M.D. | ) | |
| | ) | Case No. 4:10-cv-087 |
| Defendants. | ) | |

The trial in the above-entitled action is scheduled for June 18, 2012, in Minot, North Dakota. On August 11, 2011, the court held a status conference during which the parties discussed the possibility of moving the trial from Minot to Bismarck. Judge Hovland has advised the undersigned that he not ready to make a final decision regarding the location of trial *sua sponte*. The October 1, 2011, deadline for filing motions to change the place of trial as discussed during the status conference may be too early to resolve the issue. Consequently, the deadline for filing a motions to change the place of trial shall be February 1, 2012.

**IT IS SO ORDERED.**

Dated this 11th day of August, 2011.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court