## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Lenishka A. McDonald, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Trinity Health and Frederick K. Ness, M.D., ) | Case No. 4:10-cv-087 |
| ) | |
| Defendants. ) | |

The court held a status conference in the above-entitled action on January 19, 2012. Pursuant to the parties discussions, the court's scheduling/discovery order shall be amended as follows:

1. The parties shall have until **May 15, 2012**, to file dispositive motions.

2. The parties shall have until **April 15, 2012**, to complete depositions of expert witnesses and complete fact discovery.

3. The parties have until **June 15, 2012**, to complete an ADR effort.

**IT IS SO ORDERED.**

Dated this 19th day of January, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court